1038

[No. 51144-1-I.  Division One.  September 15, 2003.]

*In the Matter of the Dependency of* C.M.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,* v. DALE MCCRACKEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-7-00158-9, John P. Erlick, J., entered August 28, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Coleman and Ellington, JJ. Now published at 118 Wn. App. 643.

[No. 51192-1-I.  Division One.  September 15, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. ANDRE TOI MENESES, ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-00098-0, Charles W. Mertel, J., entered September 27, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51260-9-I.  Division One.  September 15, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY SLOAN REINERT, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01695-7, Linda C. Krese, J., entered October 14, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51478-4-I.  Division One.  September 15, 2003.]

*In the Matter of* THE W. BOOTH GARDNER AMENDED BLIND TRUST.

Appeal from a judgment of the Superior Court for King County, No. 02-4-02169-4, Douglas D. McBroom, J., entered November 12, 2002. *Affirmed* by unpublished per curiam opinion.